Leodis C. Matthews, Esq. SBN 109064
Email: LeodisMatthews@ZhongLun.com
Donald Wilson, Esq. SBN 89857
Email: DonaldWilson@ZhongLun.com
Dick Sindicich, Esq. SBN 78162
Email: DickSindicich@ZhongLun.com
**ZHONG LUN LAW FIRM LLP**
4322 Wilshire Boulevard, Suite 200
Los Angeles, California 90010-3792
Tel. 323.930.5690
Fax.323.930.5693

Attorneys for Plaintiffs ZHENGFU PICTURES LIMITED and BEIJING ZHUMENG QIMING CULTURE & ART CO., LTD.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHENGFU PICTURES LIMITED and BEIJING ZHUMENG QIMING CULTURE & ART CO., LTD., <br><br> Plaintiffs, <br><br> v. <br><br> SMC SPECIALTY FINANCE, LLC, <br><br> Defendant. | CASE No. 2:21-CV-01795-SB(AGRx) <br><br> **CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

# CERTIFICATE OF SERVICE

I certify that on the 10th day of March, 2021, I sent the following:

**NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION**

**PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

**DECLARATION OF XUANXUAN TIE IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION; EXHIBITS A & B**

**[PROPOSED] ORDER**

via electronic mail and First-Class Mail to:

SCOTT J. TEPPER
RASKIN GORHAM ANDERSON LAW
11333 Iowa Avenue
Los Angeles, CA 90025-4214
Tel:   310-202-5544
Fax:   818-225-5350
Cell:  310-359-3271
stepper@raskinlawllp.com
scottjtepper@msn.com

By:   */s/*
      Peonie Chen