1  Scott J. Tepper  (SBN: 51693)
   stepper@raskinlawllp.com
2  Gary J. Gorham (SBN: 171061)
   ggorham@raskinlawlp.com
3  Lucy H. Mekhael (SBN: 185325)
4  lmekhael@raskinlawllp.com
   RASKIN GORHAM ANDERSON LAW
5  11333 Iowa Avenue
6  Los Angeles, CA 90025
   Tel: (310) 202-5544 Fax: (310) 202-5540
7  Attorneys for Defendant SMC Specialty Finance, LLC
8

9             **UNITED STATES DISTRICT COURT**
10             **CENTRAL DISTRICT OF CALIFORNIA**
11

| ZHENGFU PICTURES LIMITED and BEIJING ZHUMENG QIMING CULTURE & ART CO., LTD., <br><br>Plaintiffs, <br><br>v. <br><br>SMC SPECIALTY FINANCE, LLC, <br><br>Defendant. | Case No.: 2:21-CV-01795-SB-AGRx <br><br>Before Hon. Stanley Blumenfeld, Jr. District Court Judge <br><br>**EX PARTE APPLICATION TO CONTINUE HEARING ON MOTION FOR PRELIMINARY INJUNCTION AND FOR EXPEDITED DISCOVERY** <br><br>**(FILED CONCURRENTLY WITH MEMORANDUM IN SUPPORT AND DECLARATION OF SCOTT J. TEPPER; AND LODGED PROPOSED ORDER)** <br><br>Current Hearing Date:    April 9, 2021 <br>Time:                              8:30 a.m. <br>Place:                           Courtroom 6C |
|---|---|

    Defendant SMC Specialty Finance, LLC moves ex parte for an order continuing the current hearing date on plaintiffs' motion for a preliminary injunction, for eight weeks, from Friday, April 9, 2021 to Friday, June 4, 2021 at 8:30 a.m. in Courtroom 6C, and for expedited party and third-party discovery

---

**EX PARTE APPLICATION TO CONTINUE HEARING ON PRELIMINARY INJUNCTION AND FOR EXPEDITED DISCOVERY**

to allow defendant to prepare a defense to the motion.

This is defendant's first motion to continue the preliminary injunction hearing date. Undersigned counsel believes that the motion will be opposed.

Pursuant to ¶ 10 a. of the Court's Standing Order, defendant sets forth the relevant dates in the required format:

|  | CURRENT DATE | REQUESTED DATE |
|---|---|---|
| Opposition to Motion: | March 19, 2021 | May 14, 2021 |
| Reply Papers: | March 26, 2021 | May 21, 2021 |
| Hearing on Motion: | April 9, 2021 | June 4, 2021 |

At the present time the only other date relevant in this case is May 10, 2021, the date by which defendant must file a response to the complaint pursuant to Rule 4(d)(3), F.R.Civ.P. Nothing else has been calendared or is scheduled.

The reasons for the continuance are more fully set forth in the separately filed Memorandum in Support of Ex Parte Application to Continue Hearing on Motion for Preliminary Injunction and for Expedited Discovery and Declaration of Scott J. Tepper.

A proposed Order is also lodged pursuant to Local Rule 7-20.

Respectfully submitted,

Dated:  March 15, 2021

RASKIN GORHAM ANDERSON LAW

By: ____/s/ *Scott J. Tepper*_____
  Scott J. Tepper
  Attorneys for Defendant SMC Specialty Finance, LLC