1 | Leodis C. Matthews, Esq. SBN 109064
Email: LeodisMatthews@ZhongLun.com
2 | Donald K. Wilson, Jr., Esq. SBN 89857
Email: DonaldWilson@ZhongLun.com
3 | Dick P. Sindicich, Esq. SBN 78162
Email: DickSindicich@ZhongLun.com
4 | **ZHONG LUN LAW FIRM LLP**
4322 Wilshire Boulevard, Suite 200
5 | Los Angeles, California 90010-3792
Tel. 323.930.5690
6 | Fax.323.930.5693
Attorneys for Plaintiffs ZHENGFU PICTURES LIMITED and BEIJING
7 | ZHUMENG QIMING CULTURE & ART CO., LTD.

8 | **UNITED STATES DISTRICT COURT**

9 | **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ZHENGFU PICTURES LIMITED and BEIJING ZHUMENG QIMING CULTURE & ART CO., LTD., <br><br> Plaintiffs, <br><br> v. <br><br> SMC SPECIALTY FINANCE, LLC, <br><br> Defendant. | Case No.: 2:21-CV-01795-SB-AGRx <br><br> **NOTICE OF UNREDACTED MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** <br><br> *Hon. Stanley Blumenfeld, Jr.* <br> *Magistrate Judge Alicia G. Rosenberg* <br><br> Date:  April 23, 2021 <br> Time:  8:30 a.m. <br> Courtroom:  6C |

PLEASE TAKE NOTICE that, pursuant to the Court's Order on March 18, 2021 (Doc. 30) (the "March 18 Order"), Plaintiffs will file an unredacted Memorandum of Law in Support of Motion for Preliminary Injunction.

On March 10, 2021, Plaintiffs filed a redacted Memorandum of Law in Support of Motion for Preliminary Injunction (Doc. 15), because the Memorandum of Law contains discussion of the terms of an agreement (the "Midway Agreement") subject to a confidentiality provision. While Plaintiffs have no objection to disclosure of the terms of the Midway Agreement, a party to the Midway Agreement—Midway Island Productions, LLC ("MIP")—had previously refused to waive the confidentiality of that Agreement. Based on MIP's position, Plaintiffs redacted the Memorandum of Law. When Plaintiffs filed the Memorandum of Law, Plaintiffs did not file an application to seal.

The March 18 Order struck Plaintiffs' Motion for Preliminary Injunction as procedurally deficient and permitted Plaintiffs to refile an unredacted motion for preliminary injunction with an application to seal. On March 19, 2021, Plaintiffs provided MIP with their Memorandum of Law in Support of Motion for Preliminary Injunction and asked whether MIP objected to disclosure of any of the contents in the Memorandum of Law. MIP advised Plaintiffs that it does not object to Plaintiffs' disclosure of the terms of the Midway Agreement. Accordingly, Plaintiffs will publicly file an unredacted Memorandum of Law in Support of Motion for Preliminary Injunction, without an application to seal.

| | | |
|---|---|---|
| Dated: | March 19, 2021 | Respectfully submitted, |
| | | ZHONG LUN LAW FIRM<br>Leodis C. Matthews, Esq.<br>Donald K. Wilson, Jr., Esq.<br>Dick P. Sindicich, Esq. |
| | | Attorneys for Plaintiffs ZHENGFU PICTURES LIMITED and BEIJING ZHUMENG QIMING CULTURE & ART CO., LTD. |
| | By: | */s/ Leodis C. Matthews*<br>For the Firm |